IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50499
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

WILLARD LEE MCDANIEL,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-94-CA-400-H
- - - - - - - - - -
February 10, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Willard Lee McDaniel appeals the denial of his motion to
vacate, set aside, or correct sentence pursuant to 28 U.S.C.
§ 2255.  McDaniel argues that he received ineffective assistance
of trial counsel.  McDaniel has failed to show that counsel's
performance was deficient.  *See Strickland v. Washington*, 466
U.S. 668, 684-89 (1984).  The district court did not err in
denying McDaniel's § 2255 motion.

     AFFIRMED.

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.